JULIUS CROSSMAN v. W. WHITMAN COMPANY.— Application denied, with ten dollars costs. Order signed. Present— Clarke, P. J., Laughlin, Dowling, Smith and Davis, JJ.

LENA FABER v. KENT HOLDING COMPANY.— Application denied, with ten dollars costs. Order signed. Present— Clarke, P. J., Laughlin, Dowling, Smith and Davis, JJ.